UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAMONE LAUDERDALE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. 1:17-cv-01057-TWP-MJD ) |
| WENDY KNIGHT, | ) ) ) |
| Respondent. | ) |

**Entry and Order Dismissing Action**

Petitioner Lamone Lauderdale ("Lauderdale") seeks a writ of habeas corpus with respect to a prison disciplinary proceeding identified as No. CIC 17-01-0044. In the course of this action, the Indiana Department of Correction reviewed the disciplinary case and decided to dismiss the hearing officer's guilty finding. Sanctions have been rescinded. The respondent argues that this action is now moot and must be dismissed. Lauderdale has not opposed the motion to dismiss.

A case becomes moot, and the federal courts lose subject matter jurisdiction, when a justiciable controversy ceases to exist between the parties. *See Church of Scientology of Cal. v. United States,* 506 U.S. 9, 12 (1992) ("if an event occurs while a case is pending . . . that makes it impossible for the court to grant 'any effectual relief whatever' to a prevailing party, the [case] must be dismissed.")(quoting *Mills v. Green,* 159 U.S. 651, 653 (1895)); *Honig v. Doe,* 484 U.S. 305, 317 (1988) (grounding mootness doctrine in the Constitution's Article III requirement that courts adjudicate only "actual, ongoing cases or controversies"). "A case is moot when issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Erie v. Pap's A.M.*, 529 U.S. 277, 287 (2000) (internal citations omitted). The development described

above, being that the finding of misconduct was vacated and the sanctions rescinded, renders the action moot.

A case which is moot must be dismissed for lack of jurisdiction. *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss, Dkt. [14], is **granted**. Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 8/15/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

LAMONE LAUDERDALE
132421
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Electronic Service Participant - Court only